**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

| | |
|---|---|
| **In re:** | **Case No. 17-14195-FJB** |
| **Vazquez, Jr, Jose Rafael,** | **Chapter 7** |
| **Debtor** | |

**Debtor's Motion to Amend Statement of Financial Affairs**

*Now comes* the debtor in the above-captioned case and hereby amends his Statement of Financial Affairs, by substituting the linked documents for those originally filed, pursuant to Fed. R. Bankr. P. 1009(a) and MLBR 1009-1. As reasons therefore, counsel for debtor states as follows:

1. The debtor had $3,000 in 'gig' income from musical performances in 2017. His income statement for question 4 is accordingly amended.

2. The Amended Documents and this Motion have been served on all interested parties and a certificate of service is attached to this Motion.

*Wherefore*, for the foregoing reasons, the debtor respectfully requests that this honorable Court allow this Motion to Amend.

**Dated: 1/5/18**

        Respectfully submitted,
        Jose Rafael Vazquez, Jr,
        By his attorney,
        /s/ William C. Parks
        William C. Parks (BBO# 679820)
        100 State St, Suite 900, Boston, MA 02109
        Phone: (617) 523-0712; Email: will@wparkslaw.com

## Certificate of Service

I, William C. Parks, undersigned, hereby certify that on this day, Friday, January 5, 2018, I served a true copy of this Motion and the linked Amended Statement of Financial Affairs by the Court's CM/ECF system upon the parties listed below:

**John Fitzgerald** (USTPRegion01.BO.ECF@USDOJ.GOV)
**Deborah Casey** (caseydtrustee@aol.com)

And by first-class mail, postage pre-paid to: