UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
**Proceeding Memorandum/Order**

**In Re:** Jose Rafael Vazquez, Jr     **Case/AP Number** 17-14195 **-FJB**
**Chapter** 7

#12 Application filed by Trustee Debora A. Casey to Employ Adam J. Ruttenberg and the Law Firm of Posternak Blankstein & Lund LLP as Counsel filed with Affidavit along with certificate of service. (Attachments: # [1] Affidavit of Adam J. Ruttenberg # [2] Declaration of Electronic Filing) (Ruttenberg, Adam)

**COURT ACTION:**

_____Hearing held
_____Granted        _____Approved       _____Moot
_____Denied         _____Denied without prejudice      _____Withdrawn in open court
_____Overruled      _____Sustained
_____Continued to_____
_____Proposed order to be submitted by _____
_____Stipulation to be submitted by_____
_____No appearance by _____
Show Cause Order     _____Released    _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

No objection filed, the application to employ Adam J. Ruttenberg and the Law Firm of Posternak Blankstein & Lund LLP as Counsel is hereby approved.

IT IS SO ORDERED:

_____Dated: 02/15/2018
Frank J. Bailey
United States Bankruptcy Judge